938

No. 474, Misc. JACKSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Joe B. Goodwin* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender,* Assistant Attorney General, for respondent.

No. 489, Misc. FERGUSON v. KENTUCKY. Ct. App. Ky. Certiorari denied. *Charles E. Keller* for petitioner.

No. 544, Misc. LANCASTER v. FOGLIANI, WARDEN. Sup. Ct. Nev. Certiorari denied. Petitioner *pro se. Harvey Dickerson,* Attorney General of Nevada, for respondent.

No. 546, Misc. RIVERA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Milton Eisenberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 554, Misc. LA VERGNE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *A. Lee Estep* for petitioner.

No. 560, Misc. SMITH v. CAVELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 581, Misc. TOWNSEND v. OGILVIE, SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied. *William R. Ming, Jr.,* for petitioner. *Daniel P. Ward* and *Edward J. Hladis* for respondents.